## HALE v. TIDBALL, *et al.*

Appeal from circuit court, Brookings county.   HON. JULIAN BENNETT, judge.

(Opinion filed November 21, 1900.)

Action by William D. Hale, as receiver of the American Savings & Loan Association, against James T. Tidball and others.   From a judgment in favor of the defendants, plaintiff appeals.   Affirmed.

*Charles M. Stevens,* for appellant.

*John C. Jenkins,* for respondent.·

HANEY, J.    For the reason given· in Hale v. Gullick, 13 S. D. 637, 84 N. W. 196, the judgment of the circuit court in this action is affirmed.

FULLER, P. J., dissents.

## TOBIN v. MCKINNEY.

1. A judgment on a directed verdict may be affirmed if either of the grounds stated in the motion therefor is found to be well taken, though it may not be the ground on which the verdict was actually directed.

2. Limitations only begin to run on a certificate of deposit when there is an actual demand of payment in due form, and such demand must precede an action thereon.

3. Comp. Laws, § 4059, declares that liability of a general partner for the acts of his copartners continues, even after the dissolution, "in favor of persons who have had dealings with and given credit to the partnership" during its existence, until personal notice of dissolution. *Held,* that one who had made two deposits of $40 and $35 each in a certain year during the existence of a banking firm, dealt therewith,